UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM INC, et al.,

                Plaintiffs,

    v.

ARMCHAMPIONSHIPB, et al.,

                Defendants.

No. C22-1215RSL

ORDER VACATING ORDER

       On September 1, 2022, Judge Tana Lin issued a Standing Order in the above entitled case, Dkt. # 7. On September 14, 2022, the case was reassigned to Judge Robert S. Lasnik.

       The Standing Order at Dkt. # 7, is hereby VACATED.

       DATED this 14th day of September, 2022.

                                    Robert S. Lasnik
                                    United States District Judge

ORDER VACATING ORDER